|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBERT CHESTNUT,<br>            Defendant. | CASE NO. CV06-2444 RSWL (Ex)<br><br>Honorable Ronald S. W. Lew<br><br>**ORDER AND JUDGMENT** |

1

#8774 v1

1

2    Having considered Plaintiffs' Motion for Summary Judgment, and after
3 considering the opposition papers, arguments of counsel and all other matters
4 presented to the Court, IT IS HEREBY ORDERED THAT Plaintiffs' Motion is
5 GRANTED.  IT IS FURTHER ORDERED AND ADJUDGED that:
6    1.    Plaintiffs served Defendant with Plaintiffs' First Request for Admissions
7 on August 17, 2007.  Plaintiffs served Defendant with Plaintiffs' Second Set of
8 Requests for Admissions and accompanying Schedule 1 on January 16, 2008.
9 Defendant failed to respond to Plaintiffs' First Request for Admissions and Plaintiffs'
10 Second Request for Admissions within thirty (30) days of service thereof.  The
11 matters contained in Plaintiffs' First and Second Requests for Admissions are
12 admitted and conclusively established pursuant to Federal Rule of Civil Procedure
13 36(b).
14    2.    Plaintiffs seek the minimum statutory damages of $750 per infringed
15 work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the
16 twenty-six (26) sound recordings listed in Exhibit A to Plaintiffs' Complaint and
17 Schedule 1 to Plaintiffs' Second Request for Admissions.  Accordingly, Defendant
18 Robert Chestnut ("Defendant") shall pay damages to Plaintiffs for infringement of
19 Plaintiffs' copyrights in the Sound Recordings listed in Exhibit A to the Complaint
20 and Schedule 1 to Plaintiffs' Second Request for Admissions, in the total principal
21 sum of Nineteen Thousand Find Hundred Dollars ($19,500.00).
22    3.    Defendant shall further pay Plaintiffs' costs of suit herein in the amount
23 of Four Hundred Ninety Dollars ($490.00).
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

#8774 v1

4. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Runnin' With the Devil," on album "Van Halen," by artist "Van Halen" (SR# 239);
- "Brown Eyed Girl," on album "Songs from an American Movie - Vol. 1, Learning How to Smile," by artist "Everclear" (SR# 284-811);
- "Ms. Jackson," on album "Stankonia," by artist "Outkast" (SR# 306-741);
- "Heart of Glass," on album "Parallel Lines," by artist "Blondie" (SR# 4-090);
- "Fake Plastic Trees," on album "The Bends," by artist "Radiohead" (SR# 280-260);
- "Pour Some Sugar on Me," on album "Hysteria," by artist "Def Leppard" (SR# 90-420);
- "Goodbye to You," on album "The Spirit Room," by artist "Michelle Branch" (SR# 303-732);
- "Everything You Want," on album "Everything You Want," by artist "Vertical Horizon" (SR# 277-868);
- "Santa Monica," on album "Sparkle And Fade," by artist "Everclear" (SR# 279-015);
- "Caress Me Down," on album "Sublime," by artist "Sublime" (SR# 224-105);
- "Betterman," on album "Vitalogy," by artist "Pearl Jam" (SR# 206-558);
- "Staring at the Sun," on album "Americana," by artist "The Offspring" (SR# 264-015);
- "Sweet Child O' Mine," on album "Appetite for Destruction," by artist "Guns N Roses" (SR# 85-358);

#8774 v1

- "Ordinary Day," on album "Be Not Nobody," by artist "Vanessa Carlton" (SR# 313-943);
- "Can't Stop," on album "By The Way," by artist "Red Hot Chili Peppers" (SR# 316-878);
- "Crash Into Me," on album "Crash," by artist "Dave Matthews Band" (SR# 212-572);
- "Iris," on album "Dizzy Up the Girl," by artist "Goo Goo Dolls" (SR# 246-538);
- "Poundcake," on album "For Unlawful Carnal Knowledge," by artist "Van Halen" (SR# 132-417);
- "2+2=5 (The Lukewarm.)," on album "Hail to the Thief," by artist "Radiohead" (SR# SRu494-560);
- "Yesterday," on album "II," by artist "Boyz II Men" (SR# 196-004);
- "Ironic," on album "Jagged Little Pill," by artist "Alanis Morissette" (SR# 213-545);
- "The Tourist," on album "OK Computer," by artist "Radiohead" (SR# 330-613);
- "Creep," on album "Pablo Honey," by artist "Radiohead" (SR# 190-976);
- "Sonny," on album "Sticks and Stones," by artist "New Found Glory" (SR# 308-874);
- "Even Flow," on album "Ten," by artist "Pearl Jam" (SR# 137-787);
- "Undone (The Sweater Song)," on album "Weezer," by artist "Weezer" (SR# 187-644).

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or

4

#8774 v1

1  to make any of Plaintiffs' Recordings available for distribution to the public, except
2  pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant
3  shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded
4  onto any computer hard drive or server without Plaintiffs' authorization and shall
5  destroy all copies of those downloaded recordings transferred onto any physical
6  medium or device in Defendant's possession, custody, or control.

DATED:  May 13, 2008

/ S /
_____
HONORABLE RONALD S.W. LEW
Senior U.S. District Judge

#8774 v1